Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE: WORLD TRADE CENTER DISASTER            :    21 MC 102 (AKH)
SITE LITIGATION                                                   :
                                                                  :
------------------------------------------------------------------X
                                                                  :
JOSE CARPIO AND BLANCA CARPIO,                :    07-CV-1479 (AKH)
                                                                  :
                                    Plaintiffs,     :    **NOTICE OF THE 120 BROADWAY**
                                                                  :    **PARTIES' ADOPTION OF ANSWER**
- against -                                                       :    **TO MASTER COMPLAINT**
                                                                  :
120 BROADWAY CONDOMINIUM (CONDO #871),        :
*et al.*,                                                         :
                                                                  :
                                    Defendants.     :
                                                                  :
------------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo

#871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC),

120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway

Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway

Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
         April 3, 2008

> **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
> Attorneys for Defendants The 120 Broadway Parties
>
> By: _____
>        Thomas A. Egan
> One Liberty Plaza
> New York, New York  10006-1404
> (212) 412-9500

303179/23928                                       2